**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **FLINT GROUP PACKAGING INKS NORTH AMERICA CORP.,** | : : : | **Civil Action No. 16-3009 (JMV) (MAH)** |
| **Plaintiff** | : : | |
| **v.** | : : | **ORDER** |
| **FOX INDUSTRIES INC., et al.,** | : : | |
| **Defendants.** | : : | |

      **THIS MATTER** having come before the Undersigned on the joint motion filed by Defendants Cenotec Co. Ltd. ("Cenotec"), Fox Industries Inc. ("Fox"), and Charles Richardson ("Richardson") (collectively, "Defendants") for sanctions due to Plaintiff Flint Group Packaging Inks North America Corp.'s purported spoliation of evidence, [Joint Motion, D.E. 373];

      and the Court having considered the parties' submissions and arguments, the record, and the applicable law;

      and the Court having held oral argument on May 17, 2023;

      and for the reasons set forth in an Opinion filed on this date;

      and Defendants having failed to show good cause for the relief they seek,

      **IT IS on this 29th day of June 2023,**

      **ORDERED** that Defendants' motion for spoliation sanctions, D.E. 373, is **DENIED**; and it is further

      **ORDERED** that by or before **July 17, 2023**, the parties shall submit a joint status report informing the Undersigned of the status of the litigation and any tasks remaining.   In that same letter, the parties shall indicate whether they seek a telephone status conference before the

Undersigned, and whether they believe a settlement conference with the Undersigned would be fruitful at this time.

_s/ Michael A. Hammer_
**Hon. Michael A. Hammer,**
**United States Magistrate Judge**